AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 2:21-cv-02145

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Marilyn Dove
on *(date)* 02/07/22 .

☒ I served the subpoena by delivering a copy to the named individual as follows: Handed the subpoena to Ms. Dove at her house at 6:25 pm.
on *(date)* 02/14/22 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/15/22

Sabrina Yang
*Server's signature*

Sabrina Yang - Intern at ELCKC
*Printed name and title*

12920 Metcalf Avenue, Suite 180, Overland Park, KS 66213
*Server's address*

Additional information regarding attempted service, etc.: