# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD BAKER, )<br>)<br>   Baker, )<br>)<br>  v. )<br>)<br>MISSION CHATEAU, L.L.C., )<br>TUTERA SENIOR LIVING & )<br>HEALTH CARE, L.L.C., TUTERA )<br>HEALTH CARE SERVICES, L.L.C., )<br>and TUTERA GROUP, INC. )<br>)<br>   Defendants. ) | Case No.:   21-2145-EFM-ADM |

## **ORDER**

On April 27, 2022, the court convened a final pretrial conference in this case. Plaintiff Ronald Baker appeared through counsel Kristi L. Kingston. Defendants Mission Chateau, L.L.C., Tutera Senior Living & Health Care, L.L.C., Tutera Health Care Services, L.L.C., and Tutera Group, Inc. appeared through counsel Linda A. Adeniji. As discussed in further detail on the record, the parties must submit their revisions and any comments to the draft pretrial order by **May 6, 2022**. Revisions must be made in redline and submitted in Word format as an attachment to an email sent to *ksd_mitchell_chambers@ksd.uscourts.gov*. The court will reconvene the final pretrial conference on **May 12, 2022, at 10:00 a.m.** by telephone (888-363-4749; access code 3977627).

  **IT IS SO ORDERED.**

  Dated April 27, 2022, at Kansas City, Kansas.

                      s/ Angel D. Mitchell
                      Angel D. Mitchell
                      U.S. Magistrate Judge