IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONALD BAKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-02145-EFM-JPO |
| ) | |
| **MISSION CHATEAU, L.L.C.,** ) | |
| **TUTERA SENIOR LIVING &** ) | |
| **HEALTH CARE, L.L.C., TUTERA** ) | |
| **HEALTH CARE SERVICES, L.L.C.,** ) | |
| **and TUTERA GROUP, INC.** ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF PARTIAL DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ronald Baker, by and through his attorney of record, and Defendants Mission Chateau, L.L.C., Tutera Senior Living & Health Care, L.L.C., Tutera Health Care Services, L.L.C., and Tutera Group, Inc., by and through their attorneys of record, hereby stipulate to the dismissal of Defendants Tutera Health Care Services, L.L.C. and Tutera Group, Inc. with prejudice, with each party to bear his/their own costs and fees. Defendants Mission Chateau, L.L.C. and Tutera Senior Living & Health Care, L.L.C. will remain as Defendants in this action.

**WHEREFORE,** the Parties respectfully request that this Court enter an Order dismissing Defendants Tutera Health Care Services, L.L.C. and Tutera Group, Inc. with prejudice, with each party to bear his/their own costs and fees.

Respectfully Submitted,

**EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC**

By: /s/Kristi L. Kingston
Kristi L. Kingston, Ks. Bar No. 19126
12920 Metcalf Avenue, Suite 180
P.O. Box 25843
Overland Park, KS 66225
Ph:   (913) 286-5200
Fax:  (913) 286-5201
Email: kristi@elgkc.com

**ATTORNEY FOR PLAINTIFF**

and

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By: /s/Michael L. Blumenthal
Michael L. Blumenthal, KS Bar 18582
Linda A. Adeniji, KS Bar 27348
4801 Main St., Ste. 310
Kansas City, MO 64112
Ph:   (816) 756-0700
Fax:  (816) 756-3700
Email: mike@sbhlaw.com
       linda@sbhlaw.com

**ATTORNEYS FOR DEFENDANTS**