# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RONALD BAKER,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:21-cv-02145-EFM-ADM ) |
| **MISSION CHATEAU, L.L.C.,** **TUTERA SENIOR LIVING &** **HEALTH CARE, L.L.C.,** | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Ronald Baker, by and through his attorney of record Kristi L. Kingston of the Employee & Labor Law Group of Kansas City, LLC and Defendants Mission Chateau, L.L.C., and Tutera Senior Living and Health Care, L.L.C., by and through their attorneys of record Michael L. Blumenthal and Linda A. Adeniji of Seyferth Blumenthal & Harris LLC, hereby stipulate to the dismissal of this case with prejudice, with each party to bear his/their own costs.

**WHEREFORE,** the Parties respectfully request that this Court enter an Order dismissing this case with prejudice with each Party to bear his/their own costs.

Respectfully Submitted,

**EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC**

By: /s/Kristi L. Kingston
Kristi L. Kingston, Ks. Bar No. 19126
12920 Metcalf Avenue, Suite 180
P.O. Box 25843
Overland Park, KS  66225
Ph: (913) 286-5200
Fax: (913) 286-5201
Email: kristi@elgkc.com

**ATTORNEY FOR PLAINTIFF**

and

**SEYFERTH BLUMENTHAL & HARRIS LLC**

By: /s/Linda A. Adeniji
Michael L. Blumenthal, Ks. Bar No. 18582
Linda A. Adeniji, Ks. Bar No. 27348
4801 Main Street, Suite 310
Kansas City, MO 64112
Ph: (816) 756-0700
Fax: (816) 756-3700
Email: mike@sbhlaw.com
linda@sbhlaw.com

**ATTORNEYS FOR DEFENDANTS**